UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELBERT BUCKLEY**                                    CIVIL ACTION

**VERSUS**                                            NO. 23-3457

**AEGIS SECURITY**                                    SECTION "B"(5)
**INSURANCE COMPANY**

## ORDER

Considering plaintiff Elbert Buckley's motion for dismissal of complaint certain claims without prejudice (Rec. Doc. 15) and plaintiff's counsel motion for dismissal of complaint (Rec. Doc. 14),

**IT IS ORDERED** that plaintiff Elbert Buckley's motion for dismissal of complaint certain claims without prejudice (Rec. Doc. 15) is **GRANTED.** Plaintiff asserts his right to dismiss without prejudice pursuant to Federal Rules of Civil Procedure 41(a). The provision provides for two possible grounds for dismissal without prejudice: without a court order or by court order. The latter ground permits the court to dismiss "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). As the Fifth Circuit has instructed, "The primary purpose in entrusting dismissal to the supervision of the court under Rule 41(a)(2) is to protect the non-movant from unfair treatment. Generally, courts approve such dismissals unless the defendant will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Ikospentakis v. Thalassic S.S. Agency*, 915 F.2d 176, 177 (5th Cir.

1990). Although defendant Aegis Security Insurance Company has not joined plaintiff's motion, the Court accepts plaintiff's contention that defendant "is unopposed to this motion."

**IT IS FURTHER ORDERED** that plaintiff's counsel motion for dismissal of complaint (Rec. Doc. 14) is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 16th day of November, 2023

SENIOR UNITED STATES DISTRICT JUDGE